United States Bankruptcy Court
Eastern District of Arkansas

In re:  
Joseph Edward Knoedl  
    Debtor

Case No. 20-10392-pmj  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0860-4       User: allisonb      Page 1 of 1      Date Rcvd: Jan 27, 2020  
                         Form ID: 309A      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2020.
```
db            +Joseph Edward Knoedl,    1535 Greenwich Lane,    Little Rock, AR 72210-9620
6505949       +AR Dept. of Workforce Svc,    Legal Division,    PO Box 2981,    Little Rock, AR 72203-2981
6505951       +Amy Eden,    2410 Kruse Loop,    Alexander, AR 72002-8861
6505944       +Equifax,    CSC Credit Service,    PO Box 105167,    Atlanta, GA 30348-5167
6505945       +Experian,    955 American Lane,    Schaumburg, IL 60173-4998
6505953       +Inside Effects, Inc.,    c/o Barber Law Firm, PLLC,    425 W. Capital Ave. Ste. 3400,
                Little Rock, AR 72201-3483
6505954       +S & K Management, LLLC,    1535 Greenwich Lane,    Little Rock, AR 72210-9620
6505946       +TransUnion,    P.O. Box 2000,    Chester, PA 19016-2000
6505950       +U.S. Attorney, Eastern Dist.,    PO Box 1229,    Little Rock, AR 72203-1229
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: lonniegrimeslaw@gmail.com Jan 28 2020 00:40:05     Lonnie Grimes,
                 Knollmeyer Law Office,   2525 John Harden Dr.,   Jacksonville, AR  72076
tr             EDI: FMRRICE.COM Jan 28 2020 05:33:00      M. Randy Rice,    Chapter 7 Panel Trustee,
                 523 S. Louisiana, Ste. 300,    Little Rock, AR  72201-5771
ust           +E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov Jan 28 2020 00:40:08     U.S. Trustee (ust),
                 Office Of U. S. Trustee,    200 W Capitol, Ste. 1200,    Little Rock, AR 72201-3618
6505948       +EDI: ARKDEPREV.COM Jan 28 2020 05:33:00      DF&A,    Legal Counsel Room 2380,    PO Box 1272,
                 Little Rock, AR 72203-1272
6505952        E-mail/Text: ecfmailbox@iberiabank.com Jan 28 2020 00:40:45     Iberia Bank,    P.O. Box 12440,
                 New Iberia, LA 70562
6505947        EDI: IRS.COM Jan 28 2020 05:33:00      IRS,   P.O. Box 7346,    Philadelphia, PA 19101-7346
6505955       +E-mail/Text: dmanning@banksouthern.com Jan 28 2020 00:40:48     Southern Bancorp,    PO Boc 248,
                 Arkadelphia, AR 71923-0248
                                                                                              TOTAL: 7
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2020 at the address(es) listed below:
```
              Lonnie  Grimes    on behalf of Debtor Joseph Edward Knoedl lonniegrimeslaw@gmail.com,
               pennyhawkins2016@gmail.com
              M. Randy Rice    randyrice2@comcast.net,
               office523@comcast.net;mrr@trustesolutions.net;office523c@comcast.net
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Joseph Edward Knoedl** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5654** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Arkansas** | | Date case filed for chapter  **7**   **1/24/20** |
| Case number:   **4:20–bk–10392** | | Judge:   **Phyllis M. Jones** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph Edward Knoedl | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1535 Greenwich Lane <br> Little Rock, AR 72210 | |
| 4. | **Debtor's attorney** <br> Name and address | Lonnie Grimes <br> Knollmeyer Law Office <br> 2525 John Harden Dr. <br> Jacksonville, AR 72076 | Contact phone 501–985–1760 <br> Email: lonniegrimeslaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | M. Randy Rice <br> Chapter 7 Panel Trustee <br> 523 S. Louisiana, Ste. 300 <br> Little Rock, AR 72201–5771 | Contact phone (501) 374–1019 <br> Email: randyrice2@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                               page 1

Debtor **Joseph Edward Knoedl**  Case number **4:20–bk–10392**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case should be filed in ECF or at one of these addresses. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 W. 2nd Street <br> Little Rock, AR 72201 <br> OR <br> 35 E. Mountain St. Rm 316 <br> Fayetteville, AR 72701 | Hours open 8:00 a.m. – 5:00 p.m. <br><br> Contact phone: 501–918–5500 or 479–582–9800 <br><br> Date: 1/27/20 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 10, 2020 at 08:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** **Valid photo identification and proof of social security number required** *** | Location: <br><br> **U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor – Rm 1210, Little Rock, AR 72201** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 5/11/20** <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. <br><br> **Deadline to object to exemptions in cases converted to Chapter 7:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. **** <br><br> ****Filing deadline: See Bankruptcy Rule 1019(2)(B). |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Intent to abandon property** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. | |