IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: Joseph Edward Knoedl

CASE NO. 4:20-bk-10392J
CHAPTER 7
TRUSTEE: M. Randy Rice
MONTH ENDING: 04/30/2021

Debtor(s).

## CHAPTER 7 TRUSTEE MONTHLY OPERATING REPORT
## PURSUANT TO 11 U.S.C. § 704(a)(8)

1. Date of Order(s) to Operate: 09/03/2020    Duration: 09/03/20 through 09/3/21, Docket no. 69

2. Is the business still operating?    YES ◯    NO ●

3. Nature of business and reason for operation:
   Collected rents and preserved real property while attempting to liquidate. THIS IS THE FINAL REPORT.

4. Current efforts to market estate property subject to operation (if applicable):
   None-Relief from stay granted 04/12/2021.

5. Estimated length of operation:    NO LONGER OPERATING.

6. Do revenues exceed expenses during the reporting period *(including projected Chapter 7 administrative expenses)* ?
   YES ◯    NO ●

   If no, provide explanation as to why business/property is being operated:

7. Is insurance adequate, current and cover the loss of all assets?    YES ●    NO ●    N/A ◯

| Type of Coverage | Carrier/Agent | Amount of Coverage | Policy Expiration Date | Amount and Date of Last Premium |
|---|---|---|---|---|
| Landlord | Farm Bureau | $62,000.00 | 10/14/2021 | 10/14/2020 $ |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

8. Other significant activities affecting operation:

   NONE

9. Summary of Current Financial Conditions

   Previous cash on hand: $6,602.42
   Receipts:
   Expenses: $10.99
   Current cash on hand: $6,591.43

   Attach Forms 1 and 2 for the current month ending date. List any additional information to support the report.

10. Are tax obligations current?     YES ⦿     NO ⦿

    If no, provide an explanation as to which tax obligations are not current and why.

11. Did the estate employ any employees during the reporting period?     YES ○     NO ⦿
    *If yes, state the number of employees and specify whether the estate is current on payroll obligations. If the estate is NOT current on its payroll obligations, provide an explanation.*

I, M. Randy Rice                                    , declare under penalty of perjury that I have fully read and understand the foregoing Chapter 7 Monthly Operating Report and that the information contained herein is true and complete to the best of knowledge.

DATED: 05/14/2021

*Randy Rice*
M. Randy Rice                    , Trustee

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 20-10392 | Trustee Name: | M. Randy Rice |
| --- | --- | --- | --- |
| Case Name: | KNOEDL, JOSEPH EDWARD | Date Filed (f) or Converted (c): | 01/24/2020 (f) |
| For the Period Ending: | 04/30/2021 | §341(a) Meeting Date: | 03/10/2020 |
| | | Claims Bar Date: | 10/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1341 Greenwich Little Rock AR-sold pre-petition | $72,000.00 | $15,100.00 | | $0.00 | FA |
| 2  2250 Rebel Lane & mobile home. RFS on 04/13/21, #107 | $49,000.00 | $30,000.00 | | $0.00 | FA |
| 3  John Road property - . RFS on 04/13/21, #107 | $14,000.00 | $5,586.00 | | $0.00 | FA |
| 4  Lot off Bowman Rd.. RFS on 04/13/21, #107 | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 5  16th and College (1/2 interest in unimproved city lot - house torn down) | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 6  Make: GMC Model: Yukon | $4,000.00 | $0.00 | | $0.00 | FA |
| 7  Household goods and furnishings | $200.00 | $0.00 | | $0.00 | FA |
| 8  Electronics | $50.00 | $0.00 | | $0.00 | FA |
| 9  Wearing apparel | $100.00 | $0.00 | | $0.00 | FA |
| 10 Jewelry | $20.00 | $0.00 | | $0.00 | FA |
| 11 Cash | $50.00 | $50.00 | | $50.00 | FA |
| 12 Checking Iberia Bank | $120.00 | $120.00 | | $120.00 | FA |
| 13 Contracts on real estate | Unknown | $0.00 | | $0.00 | FA |
| 14 Rents on Asset no. 2 | $0.00 | $10,000.00 | | $6,000.00 | FA |
| 15 Southern Bancorp Bank account (u) | $0.00 | $1,000.00 | | $946.80 | FA |

TOTALS (Excluding unknown value)

| | | | | Gross Value of Remaining Asset |
| --- | --- | --- | --- | --- |
| $146,540.00 | $68,856.00 | | $7,116.80 | $5,000.00 |

| Initial Projected Date Of Final Report (TFR): | 06/30/2022 | Current Projected Date Of Final Report (TFR): | 06/30/2022 | /s/ M. RANDY RICE |
| --- | --- | --- | --- | --- |
| | | | | M. RANDY RICE |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 20-10392 | Trustee Name: | M. Randy Rice |
|---|---|---|---|
| Case Name: | KNOEDL, JOSEPH EDWARD | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9986 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $20,969,000.00 |
| For Period Ending: | 04/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.99 | $6,591.43 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $0.00 | $10.99 | $6,591.43 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $0.00 | $10.99 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $10.99 | |

| For the period of 04/01/2021 to 04/30/2021 | | For the entire history of the account between 08/03/2020 to 4/30/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $7,116.80 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $7,116.80 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10.99 | Total Compensable Disbursements: | $525.37 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.99 | Total Comp/Non Comp Disbursements: | $525.37 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 20-10392 | Trustee Name: | M. Randy Rice |
| --- | --- | --- | --- |
| Case Name: | KNOEDL, JOSEPH EDWARD | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9986 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $20,969,000.00 |
| For Period Ending: | 04/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $0.00 | $10.99 | $6,591.43 |

For the period of 04/01/2021 to 04/30/2021

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 08/03/2020 to 4/30/2021

| | |
| --- | --- |
| Total Compensable Receipts: | $7,116.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,116.80 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $525.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $525.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ M. RANDY RICE

M. RANDY RICE